IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30173
Conference Calendar
_____

ALAN CLEMENTS,

                                        Plaintiff-Appellee,

versus

DAVID DILLON, Sergeant, RICHARD
L. STALDER, Warden; EDGAR C. DAY,
Warden,

                                        Defendants-Appellants.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. CA-93-3463-F
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

     This is an appeal from the magistrate judge's judgment
awarding costs to the nonprevailing party.  The appellants argue
that, as the prevailing parties, they are entitled to the
awarding of costs.  We have reviewed the record and find no
reversible error.  Accordingly, we affirm the judgment awarding
costs to the nonprevailing party for essentially the reasons
given by the magistrate judge.  Clements v. Dillon et al., No.
CA-93-3463-F (E.D. La. Nov. 23, 1995).

     AFFIRMED.

---

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.